## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD GRUBER, | ) | 3:15-CV-0543-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 18, 2016 |
| | ) | |
| KAREN GEDNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Karen Gedney who is no longer an employee of the Nevada Department of Corrections (ECF No. 15). However, the Attorney General has filed the last known address of this defendant under seal (ECF No. 16). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

The Clerk shall ISSUE a summons for **Karen Gedney** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 16). The Clerk shall also SEND a copy of the complaint (ECF No. 8), a copy of the screening order (ECF No. 7), and a copy of this order to the U.S. Marshal for service on the defendant. The Clerk shall SEND to plaintiff one USM-285 form. Plaintiff shall have until **Friday, September 2, 2016,** to complete the USM-285 service forms and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, defendant Karen Gedney will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

Plaintiff's second application for leave to proceed *in forma pauperis* (ECF No. 14) is **DENIED as moot**. Plaintiff was granted *in forma pauperis* status in the court's order dated July 5, 2016 (ECF No. 13).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk