# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD L. GRUBER, | Case No.: 3:15-CV-00543-RCJ-CBC |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND (ECF NO. 138) |
| Vs. | |
| KAREN GEDNEY, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Reply (ECF No. 137) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file his reply on or before Tuesday, May 28, 2019.

IT IS SO ORDERED.

DATED: This 22nd day of May, 2019.

_____
ROBERT C. JONES
Senior District Judge